In the Matter of JOHN SMITH, Respondent, against DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK et al., Appellants.

Argued April 11, 1950; decided May 18, 1950.

*John P. McGrath, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for appellants.

*Joseph Buch* for respondent.

Order affirmed, with costs, on the ground that the order of the Court of Special Sessions is " a judgment, order or decree relating to the parentage or adoption of the person " within the meaning of the Administrative Code of the City of New York (§ 567–2.0). We pass on no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.